# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **LACHARMON HARRIS** | * | **CIVIL ACTION NO. 3:18-cv-0709** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **DRAX BIOMASS INCORPORATED and BOBBY COOPER** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss [Doc. No. 7] filed by Defendant, Bobby Cooper is **GRANTED** and that Plaintiff's claims against defendant, Bobby Cooper, are **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 5th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**